UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 07-21107-CIV-COOKE-BROWN

RADIOSHACK CORP.,

    Plaintiff,

vs.

ABRAMS CONSTRUCTION, INC.,

    Defendant.
_____/

<u>**ORDER RE: DISCOVERY PROCEEDINGS**</u>

**THIS MATTER** came before the Court on a Consent Status Conference August 21, 2007. At that time the issue of joinder of additional parties was discussed.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

1. Discovery shall commence forthwith on the issue of joinder of additional parties, only, and on that issue discovery shall be completed on or before Friday, October 5, 2007.

2. If pursuant to paragraph 1, supra, depositions of out of town witnesses are taken, they shall not be limited to only the issue of joinder but shall be completed in full.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of August, 2007.

                                                    STEPHEN T. BROWN
                                                  UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record